United States District Court
Middle District of Alabama
Eastern Division

UNITED STATES OF AMERICA,            ]
                                     ]
        Plaintiff,                   ]
                                     ]
        vs.                          ]  3:05-cr-187-LSC
                                     ]
Sawelija Tyree Floyd,                ]
                                     ]
        Defendant.                   ]

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable Susan Russ Walker, United States Magistrate Judge [Doc. 29] entered the 18thth day of January, 2006 as well as the objections to the Report and Recommendation made by the defendant [Doc. #34].  This court has made a *de novo* determination of those findings and portions objected to by the defendant in this case.

It is Ordered that the Report and Recommendation of the Honorable Susan Russ Walker, United States Magistrate Judge [Doc. 29] be accepted and hereby is accepted as entered.  This court adopts the report and recommendation as the Order of this court as if the same were set forth

at this point *in extenso*.

Done this <u>30th</u> day of <u>January 2006</u>.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019