IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.      )<br>)<br>SAWELIJA TYREE FLOYD, a/k/a )<br>TYREE FLOYD, a/k/a, )<br>TY FLOYD )  | CR. NO. 3:05-cr-187-LSC |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Indictment, heretofore filed on September 8, 2005, in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

Done this 6th day of February 2006.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019