AO 245D (Rev. 02/18)  Judgment in a Criminal Case for Revocations
                      Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| SAWELIJA TYREE FLOYD | |
| | Case No.  3:05cr187-RAH |
| | USM No. 11774-002 |
| | Jon C. Taylor |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☑ was found in violation of condition(s) count(s) 1 thru 5 after pleading no contest.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession of a Firearm by a convicted felon | 05/08/2018 |
| 2 | Violation of Controlled Substances Act | 05/08/2018 |
| 3 | Violation of Controlled Substances Act | 05/08/2018 |
| 4 | Violation of Controlled Substances Act | 05/08/2018 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0573

Defendant's Year of Birth: 1977

City and State of Defendant's Residence:
Auburn, AL

07/28/2022
Date of Imposition of Judgment

/s/ R. Austin Huffaker, Jr.
Signature of Judge

R. Austin Huffaker, Jr., United States District Judge
Name and Title of Judge

07/29/2022
Date

DEFENDANT: SAWELIJA TYREE FLOYD
CASE NUMBER: 3:05cr187-RAH

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Possession of a Firearm in Furtherance of a Drug-Trafficking Crime | 05/08/2018 |

AO 245D (Rev. 02/18)    Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: SAWELIJA TYREE FLOYD
CASE NUMBER: 3:05cr187-RAH

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

60 mos. with no term of supervised release to follow. This term of imprisonment shall run concurrent to the sentence imposed in 3:21cr161-RAH, U.S. District Court, Middle District of Alabama, and consecutive to any term imposed in CC-07-71 in Lee County, AL. The term of supervised release imposed on December 19, 2006, is revoked.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 02/18)   Judgment in a Criminal Case Personal Identification Attachment

DEFENDANT: SAWELIJA TYREE FLOYD

CASE NUMBER: 3:05cr187-RAH

DISTRICT: Middle District of Alabama

**Judgment in a Criminal Case Personal Identification Attachment**
**(Not for Public Disclosure)**

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b).  A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:

Defendant's Residential Address :

Defendant's Mailing Address:
*(if different)*